United States District Court
Southern District of Texas
FILED
APR 2 2 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
APR 2 2 2005  BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § | CASE NO. L-05-CR-445 |
| § § | |
| Erasmo De Hoyoz-Perez § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 12, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE